1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHYAL CRAWFORD,<br><br>                              Petitioner,<br><br>        vs.<br><br>UNITED STATES OF AMERICA<br><br>                              Respondent. | Criminal Case No. 01cr141-IEG<br>Civil Case No. 07cv2136-IEG<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR A FINDING PETITIONER WAIVED ATTORNEY CLIENT PRIVILEGE [Doc. No. 372]** |

Presently before the Court is Respondent's motion for waiver of attorney-client privilege.

On November 7, 2007, Petitioner filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

Petitioner claims his defense attorney, Michael McCabe was ineffective in (1) failing to raise certain objections to the pre-sentence report prepared for Petitioner's sentencing and (2) failing to object to the district court's failure to make use of the pre-sentence report at sentencing.

As the Ninth Circuit has recently observed "[i]t has long been the rule in the federal courts that, where a habeas petitioner raises a claim of ineffective assistance of counsel, he waives the attorney-client privilege as to all communications with his allegedly ineffective lawyer." Bittaker v. Woodford, 331 F.3d 715, 716 (9th Cir. 2003). The court explained that such waiver should be no larger than necessary to litigate the claim of ineffective assistance of counsel in federal court.

- 1 -

Id. at 722.

Accordingly, because Petitioner here raises a claim of ineffective assistance of counsel, the Court finds he has waived the attorney-client privilege as to communications raised in Petitioner's motion and related to the litigation of his federal habeas petition.

**IT IS SO ORDERED.**

**DATED:  April 1, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**